English | Español



| ABOUT<br>FAIR Health | GLOSSARY<br>Of Terms | HEALTHCARE<br>Resources | LEARN<br>FH Health Insurance 101 | FAQ<br>Questions? |

Keyword Search »





**ESTIMATED OUT-OF-POCKET COSTS: UCR-BASED**   PRINT 🖨

| Code | Consumer Description | Est. Charge | Est. Reimbursement | Out-of-Pocket Cost |
|---|---|---|---|---|
| 96152 | Health and behavior intervention, individual each 15 minutes | $114.99 | $103.49 | $11.50<br>Remove |

Estimated Out-of-Pocket Cost ❓    $11.50

NOTE: Facility (e.g. hospital or ambulatory surgery center) charges are billed separately and are NOT included in the estimate above.

GEOZIP: 087xx
This GEOZIP includes zip codes with the following prefixes: 087

Reimbursement Percentage is set at 90%
Estimated Charge is set at FAIR Health's 80th percentile

### Adjusting Estimated Reimbursements

**Adjust Percentage**

50%   60%   70%   80%   90%   100%

The Estimated Reimbursement amounts above are initially set to 70% of the Estimated Charge. Click here to learn more about percentages and how they can factor into reimbursement.

If you find that your plan uses a different percentage in determining reimbursement amounts, you can adjust the level used in the estimates above using the slider.

Click here to use our Advanced Charge Estimator

**For Personal Consumer Use Only**
Use for commercial purposes is prohibited.
Copyright 2016, FAIR Health, Inc. All rights reserved.

 **Reminder:** Due to licensing requirements, you are limited to 15 searches per week. To help keep within those limits and avoid repeat searches, remember to print the results of your search for easy reference.

Estimating costs for a single code using the UCR-based and Medicare-based reimbursement methods counts as one (1) search.

Date of Search: 03/17/2016

**Search Again**



### Estimating Your Out-of-Pocket Costs

Your actual out-of-pocket costs may vary based on factors specific to your provider and/or your plan. Some plans base their reimbursement rates on a percentage of "usual, customary, and reasonable" charges, which is referred to as "UCR." Others use a formula based on the Medicare fee schedule that is published by the US Department of Health and Human Services. To learn how your health plan determines out-of-network reimbursement rates and covered services, call the number listed on the back of your insurance card. Then, using the buttons below, estimate your out-of-pocket costs using the method that your plan uses to calculate reimbursement. You may also view a comparison of both reimbursement methods.

Please note: the Medicare-based method is not intended to reflect estimated reimbursement amounts for Medicare beneficiaries. It is meant to reflect reimbursement amounts for members of private health plans that base reimbursement rates on the Medicare fee schedule.

### FAIR Health Does Not Determine Your Plan's UCR

FAIR Health does not determine, develop, or establish any fee, reimbursement level or UCR for any procedure or service. Your plan is responsible for setting your actual reimbursement level, or UCR, and may use FAIR Health benchmark data when making this determination. FAIR Health data reflect benchmark market rates, which are what providers typically charge for a procedure or service in a particular geographic area. Estimates provided on this website are for informational purposes only.

A Note on Office Visits

A Note on Treatments Involving Related Procedures

You can also learn more about provider and plan-related variables that may affect your

costs by visiting the **Understanding Your Medical Cost Estimate** Page.



**No problem. Call the FAIR Health® consumer information center at:**
**1-855-566-5871 (Monday - Friday 9 a.m. — 6 p.m. Eastern Time)**

### How Are We Doing?

**Take Our Survey**
**Contact Us** and let us know what you find helpful, and what can be improved.



### Download Our Mobile App

 Sign up for FAIR Health Consumer Access, our Consumer E-newsletter

Read FAIR Health Consumer Access

 

Contact Us    Terms & Conditions    Privacy Policy

Copyright 2016 FAIR Health