

980 Jolly Road, Suite 110
PO Box 3001
Blue Bell, PA  19422
610.397.6500   610.397.0450
WWW.FOXROTHSCHILD.COM

BENJAMIN H. MCCOY
Direct No: 610.397.7972
Email: BMcCoy@FoxRothschild.com

February 28, 2024

**VIA ECF**
Honorable Douglas E. Arpert, U.S.M.J.
United States District Court
District of New Jersey
402 East State Street
Trenton, NJ 08608

**Re:**   *Brainbuilders LLC, et al. v. Aetna Life Insurance Company, et al.*
        **No.: 3:17-cv-03626-GC-DEA**

Your Honor:

Per our discussions at the February 15, 2024 conference, the parties have agreed to continue settlement discussions. With Your Honor's assistance, we have set up a framework to move those discussions forward in the near term and exchange certain information. We ask that a follow-up status conference with a Magistrate be set 120 days from now.

Respectfully submitted,

Benjamin H. McCoy

BHM/jda

A Pennsylvania Limited Liability Partnership

California   Colorado   Delaware   District of Columbia   Florida   Georgia   Illinois   Massachusetts   Minnesota   Missouri
Nevada   New Jersey   New York   North Carolina   Oklahoma   Pennsylvania   South Carolina   Texas   Washington