UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

BRAINBUILDERS, LLC, et al.,

                Plaintiffs,

    v.

AETNA LIFE INSURANCE COMPANY, et al.,

                Defendants.

No. 3:17-cv-03626-GC-DEA

## ORDER

**AND NOW**, upon consideration of the Plaintiffs' Uncontested Request for an Extension of the Deadline for Plaintiffs to File their Third Amended Complaint, it is HEREBY ORDERED that the Request is GRANTED. Plaintiffs may file a Third Amended Complaint on or before April 15, 2024.

Dated: February 29, 2024

_____
Hon. Georgette Castner, U.S.D.J.